

U.S. Department of Justice

*United States Attorney*
*Eastern District of Wisconsin*

517 East Wisconsin Avenue     414 / 297-1700

Milwaukee, WI 53202

April 25, 2006

Honorable Patricia J. Gorence
United States District Court
517 E. Wisconsin Avenue, Room 253
Milwaukee, WI 53202

      RE:    U.S. v. Demetrius Rogers
              Case: 06-CR-26

Dear Judge Gorence:

      This is in response to Attorney Thomas Harris' letter to the court dated April 16, 2006 regarding the above defendant. Please be advised that the government has no objection to the defendant's request for a travel permit.

      If the court has any questions, please feel free to contact me directly at 297-1728.

                        Very truly yours,

                        STEVEN M. BISKUPIC
                        United States Attorney

                By:

                        DANIEL H. SANDERS
                        Assistant United States Attorney

DHS:am
cc:    Attorney Thomas Harris
       USPO Jim Fetherston