UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
Hon. Lynn Adelman, presiding

## COURT MINUTES

Date: 12/18/06
Dep. Clerk: Deitrich
Ct. Rep: Johns

Case No. 06 CR 26
United States v. Demetrius Rodgers
Proceeding: CP
Time Called: 10:30
Time Concl: 10:35

United States by: Dan Sanders
Probation Officer: Kris Kiel
Interpreter: ☐ Sworn

Defendant: Demetrius Rodgers, in person and by Attorney Tom Harris

---

CP adjourned to 3/2/07 e 11.
Court makes speedy trial finding.