# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN
### Hon. Lynn Adelman, presiding

## COURT MINUTES

Date: 3/2/07　　　　　　　　　　Dep. Clerk: Dietrich
　　　　　　　　　　　　　　　　　Ct. Rep: Heidi
Case No. 06 CR 26　　　　　　　　Time Called: 11:06
United States v. Demetrius Rodgers　Time Concl: 11:07
Proceeding: CP

United States by: Dan Sanders
Probation Officer: Jennifer McCauley
Interpreter: ☐ Sworn

Defendant: Demetrius Rodgers in person and by Attorney Tom Harris

---

Court adjourns CP to 6/7/07 @ 1:30 & makes speedy trial finding.