**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**
**Hon. Lynn Adelman, presiding**

### COURT MINUTES

Date: 6/7/07

Dep. Clerk: SDietrich
Ct. Rep: John S.

Case No. 06 CR 26
United States v. Demetrius Rodgers
Proceeding: CP

Time Called: 1:40
Time Concl: 1:41

United States by: Mario Gonzales
Probation Officer: Jennifer Morgan
Interpreter: _____ ☐ Sworn

Defendant: Demetrius Rodgers, in person and by Attorney Tom Harris

Court continues case to 9/7/07 @ 1:30 for CP & makes speedy trial finding.