UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
Hon. Lynn Adelman, presiding

## COURT MINUTES

Date: 9/7/07
Case No. 06 CR 26
United States v. Demetrius Rodgers
Proceeding: CP

Dep. Clerk: JDeitrich
Ct. Rep: Cindy
Time Called: 1:30
Time Concl: 1:31

United States by: Dan Sanders
Probation Officer: Jim Fetherston
Interpreter: ☐ Sworn

Defendant: Demetrius Rodgers in person and by Attorney Tom Harris

---

Court adjourns case to 12/14/07 e 1:00 pm for CP & makes speedy trial finding.