UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
Hon. Lynn Adelman, presiding

## COURT MINUTES

Date: 12/14/07
Dep. Clerk: JDeitrich
Ct. Rep: Cindy

Case No. 06 CR 26
Time Called: 1:05
United States v. Demetrius Rodgers
Time Concl: 1:06
Proceeding: CR

United States by: Dan Sanders
Probation Officer: Jessica Grube
Interpreter: ☐ Sworn

Defendant: Demetrius Rodgers, in person and by Attorney Tom Harris

---

Court sets case for status on 2/21/08 @ 10:30 & makes speedy trial finding.