# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN
### HON. Lynn Adelman, presiding

## SENTENCING MINUTES

DATE: 12/17/09
CASE NO.: 06 CR 26
UNITED STATES v. **Demetrius Rodgers**

Dep. Clerk: **SDeitrich**
Ct. Reptr.: **Michelle**
Time Called: **10:32**
Time Concluded: **11:05**

United States By: **Dan Sanders**
Probation Officer: **Jim Fetherston**
Interpreter: _____  ☐ Sworn

Deft. **D. Rodgers** in person, and by Attorney **Tom Harris**

---

### Custody of Bureau of Prisons
**27** months on Count(s) ___
___ months on Count(s) ___

to run concurrently/consecutively
for a total of _____ months

### Supervised Release/~~Probation~~
**3** years on Count(s) ___
___ years on Count(s) ___

to run concurrently/consecutively
for a total of _____ years

Court's recommendation to Bureau of Prisons: _____

COUNT(S) DISMISSED on motion of Government: **the indictment**

---

### Special Conditions of Supervised Release/Probation

☒ report within 72 hours of release
☒ no firearms or other dangerous weapons
☒ no illegal possession, use of controlled substances **std tests**
☐ community correction center for _____
☐ cooperate with I.N.S.
☐ submit to search by p.o.
☐ program of drug & alcohol testing and treatment as p.o. directs; no alcohol; pay cost of program as p.o. directs
☐ no work at or patronizing taverns

☐ if job with fiduciary duties, report conviction to employer; self-employment with fiduciary duties only if p.o. oks
☐ no major financial transactions unless p.o. oks (likewise new lines of credit or using current lines of credit)
☐ financial disclosure; file all taxes
☐ attend to child support
☐ cooperate with I.R.S.
☒ DNA collection
☐ other: _____

FINE: $ _____ on Count(s) _____.
　　Terms:

- [x] Fine waived ~~or reduced~~ due to defendant's inability to pay.
- [ ] Interest on fine waived.
- [ ] Deft. to participate in FBP Inmates' Financial Responsibility Program

COSTS of incarceration, community confinement and supervision
- [ ] WAIVED
- [ ] IMPOSED

RESTITUTION: $ _____ Payee: _____
　　Terms:

- [ ] Interest on restitution waived.
- [ ] Deft. to participate in FBP Inmates' Financial Responsibility Program

SPECIAL ASSESSMENT: $ **100** on Count(s) _____.
- [x] To be paid immediately.
- [ ] To be paid prior to close of business day.
- [ ] To be paid prior to expiration of this sentence.
- [ ] Other:

FORFEITURE:

CUSTODY STATUS:
- [ ] Defendant remanded to custody of U.S. Marshal.
- [ ] Execution of sentence stayed until _____
- [x] Voluntary surrender to institution. **PO to notify**
- [x] Defendant advised of right to appeal.

## STATEMENT OF REASONS

[X] The Court adopts the factual findings and guideline application in the presentence report

or

[ ] The Court adopts the factual findings and guideline application in the presentence report except:

Advisory Guideline Range Determined by the Court:

    Total Offense Level: **31**
    Criminal History Category: **II**
    Imprisonment Range: **121** to **151** months
    Supervised Release Range: ___ to **3** years
    (Probation Range: ___ to ___ years)
    Fine Range: $**15,000** to $**1,000,000**

Restitution: $_____ [ ] Full restitution is not ordered for the following reasons:

[ ] The sentence is within the guideline range.

or

[ ] The court departs from the guideline range
    [ ] Upon motion of the government, as a result of defendant's substantial assistance.
    [ ] For the following reason(s):

or

[X] The court imposes a non-guideline sentence under 18 U.S.C. § 3553(a).